

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2017

No. 04-17-00372-CV

Layla Claire Martin **OSLEY** and Milton J. Flick, Trustee,
Appellants

v.

Doris Jacqueline **NAYLOR**,
Appellee

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-14-0035-CV-C-1
The Honorable Starr Boldrick Bauer, Judge Presiding

## O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on September 15, 2017. *See* TEX. R. APP. P. 38.6(b), (d). Before the extended due date, Appellant filed an unopposed second motion for a forty-two day extension of time to file the brief until October 27, 2017. *See id.* R. 10.5(b).

Appellant's motion is GRANTED. Appellant's brief is due on October 27, 2017. Any subsequent motion for extension of time to file Appellant's brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court